No. 95–1918. ARKANSAS v. FARM CREDIT SERVICES OF CENTRAL ARKANSAS ET AL. C. A. 8th Cir.; and

No. 96–44. CMC HEARTLAND PARTNERS v. UNION PACIFIC RAILROAD CO. C. A. 7th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 95–8736. OGBOMON v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 518 U. S. 1056.] Thomas G. Hungar, Esq., of Washington, D. C., is invited to brief and argue this case as amicus curiae in support of the judgment below.

No. 95–8942. SHOEMAKER v. CALIFORNIA ET AL. C. A. 2d Cir.;

No. 96–5120. WEBB v. PULITZER PUBLISHING CO. C. A. 8th Cir.;

No. 96–5214. DE LA CRÙZ v. NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir.;

No. 96–5351. GEARY v. LEVINDALE HEBREW GERIATRIC CENTER AND HOSPITAL. C. A. 4th Cir.; and

No. 96–5360. GASTON v. STONE CONTAINER CORP. C. A. 8th Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until October 28, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–9203. IN RE VEY; and

No. 95–9386. IN RE VEY. Motions of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until October 28, 1996, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–9348. IN RE FRANZ;

No. 96–5038. IN RE THOMPSON;

No. 96–5254. IN RE PIERSON;

No. 96–5265. IN RE CROSS;

No. 96–5526. IN RE TRIPATI; and

No. 96–5769. IN RE NORMAN. Petitions for writs of habeas corpus denied.